# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JAMES W. BRUCE, individually and                                                        PLAINTIFF
on behalf of all persons similarly situated

v.                                        NO. 4:11CV00602 JLH

YARNELL ICE CREAM COMPANY, INC.                                                        DEFENDANT

## ORDER

Yarnell Ice Cream Company, Inc., has given notice that it has filed a voluntary petition for relief under Chapter 7 of the United States Code in the United States Bankruptcy Court for the Eastern District of Arkansas. Yarnell Ice Cream Company, Inc., requests the Court to take notice of the automatic stay of bankruptcy and to stay all proceedings in this case pending resolution of or relief from the pending bankruptcy proceeding. That request is granted. All action in this matter is stayed pending resolution of or relief from the bankruptcy proceeding. The Clerk of the Court is directed to terminate this action administratively. Any party may move to reopen the case within thirty days after final resolution of the bankruptcy proceedings or within thirty days after the bankruptcy court has granted relief from the automatic stay.

IT IS SO ORDERED this 30th day of August, 2011.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE